UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

KEITH CHATMAN,

    Plaintiff,                           CASE NO.: CASE NO. 3:17-cv-00125-HES-PDB

vs.

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.
_____/

## **NOTICE OF SETTLEMENT**

    The Plaintiff, hereby provides notice that Plaintiff and Defendant have amicably settled this matter. The Plaintiff respectfully requests this Court retain jurisdiction to enforce the terms of the settlement.

[CERTIFICATE OF SERVICE ON NEXT PAGE]

1

DAVID LOW & ASSOCIATES, P.A. • 2101 WEST COMMERCIAL BOULEVARD, SUITE 2800 •
FORT LAUDERDALE, FLORIDA 33309
(T) (305) 935-8986 • (F) (305) 675-2685

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 18th day of April, 2018, we certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              By: /s/ Amanda Sidman
                                  **AMANDA SIDMAN, ESQ.**
                                  Florida Bar No.: 115644
                                  asidman@davidlowpa.com
                                  DAVID LOW, ESQ.
                                  Florida Bar No.: 67957
                                  david@davidlowpa.com
                                  DEREK B. HENDRICKS, ESQ.
                                  Florida Bar No.:48979
                                  dhendricks@davidlowpa.com
                                  DAVID LOW & ASSOCIATES, P.A.
                                  2101 West Commercial Boulevard, Suite 2800
                                  Fort Lauderdale, Florida 33309
                                  (305) 935-8986 Telephone
                                  (305) 675-2685 Facsimile
                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2018, a copy of the foregoing document was served upon the following attorneys of record for Defendant by e-mail:

Max M. Messinger, Esq.
COLE, SCOTT & KISSANE, P.A.
110 Tower, 110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Florida Bar No.: 69988
max.messinger@csklegal.com
Counsel for Defendant