UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEITH CHATMAN,

    Plaintiff,

v.      Case No. 3:17-cv-125-J-20PDB

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY

    Defendant.
_____/

## ORDER

This cause is before this Court on a "Notice of Settlement" (Dkt. 21). In this pleading, Plaintiff explains that a settlement has been reached in this case and requests this Court retain jurisdiction to enforce the terms of the settlement.

Accordingly, it is so **ORDERED**:

1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings;

2. This Court will retain jurisdiction over this case to enforce the terms of the settlement; and

3. The Clerk is directed to close this case.

DONE AND ENTERED at Jacksonville, Florida, this 26th day of April, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Amnanda Sidman, Esq.
David Low, Esq.
Derek Benjamin Hendricks, Esq.
Monique Ann Low, Esq.
Joel W. Morgan, Esq.
Max Messenger, Esq.
Trevor Hawes, Esq.